**STATE of Missouri, Respondent,**

v.

**Charles R. HOWELL, Appellant.**

**No. WD 64431.**

Missouri Court of Appeals,
Western District.

Oct. 24, 2006.

802

William J. Swift, Columbia, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, Jamie K. Hunt, Co-Counsel, Harrisonville, MO, for respondent.

Before HAROLD L. LOWENSTEIN, P.J., PAUL M. SPINDEN, and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Mr. Charles R. Howell appeals from his convictions for first-degree robbery, section 569.020[1] and armed criminal action, section 571.015. Mr. Howell alleges error in the trial court's exclusion of certain evidence and in permitting a portion of the State's closing argument.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).

---

1. All statutory references are to RSMo. (2000) unless otherwise indicated.